FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 NOV 22 PM 4:30

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

RICHARD ELLIS

CASE NO. 6:16-cr-228-orl-31DCJ
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE
(Conspiracy to Commit Money Laundering)

At all times material to this Indictment:

### Introduction

1. Conspirators operated an illegal telemarketing call center in Costa Rica through which they defrauded victims by falsely informing them that they had won a prize in a sweepstakes and had to send money to individuals in the United States to pay various fees and taxes necessary to retrieve their prize. They also falsely induced victims who had already made an initial payment to make additional payments based on new misrepresentations (including that the victims' prize amount had increased because of the disqualification of another winner). Conspirators directed the victims to send payments through bank wire transfer, third party wire services,

and mail to conspirators in the United States, including the defendant, who then, either directly or indirectly, provided the remaining funds to conspirators in Costa Rica.

2. Defendant **RICHARD ELLIS**, a resident in the Middle District of Florida, received victim funds into bank accounts that he controlled, including Regions Bank account ending in #1302, SunTrust Bank account ending in # 6536, and Wells Fargo Bank, NA account ending in # 1113. After retaining a percentage of the funds, Ellis provided the remaining funds, either directly or indirectly, to conspirators in Costa Rica.

3. Regions Bank, SunTrust Bank and Wells Fargo Bank, NA were financial institutions whose deposits were insured by the Federal Deposit Insurance Corporation (FDIC).

## The Conspiracy

4. Beginning in or about February 2011 and continuing through in or about October 2012, in the Middle District of Florida, and elsewhere, the defendant,

**RICHARD ELLIS**

did knowingly combine, conspire, and agree with persons known and unknown to the Grand Jury, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which

transactions involved the proceeds of specified unlawful activity, that is mail fraud and wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

In violation of 18 U.S.C. § 1956(h).

## COUNTS TWO THROUGH FIVE
### (Concealment Money Laundering)

5. The allegations of paragraphs 1 through 3 are incorporated herein.

6. On or about the dates listed below, in the Middle District of Florida, and elsewhere, the defendant,

### RICHARD ELLIS

did knowingly conduct and attempt to conduct the below listed financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is mail fraud and wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and

3

attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity:

| Count | Date | Financial Transaction | Amount |
|---|---|---|---|
| 2 | 11/30/2011 | Wire transfer from Regions Bank account # 1302 to Costa Rica | $5,845 |
| 3 | 12/14/2011 | Wire transfer from SunTrust account # 6536 to Costa Rica | $5,950 |
| 4 | 1/13/2012 | Wire transfer from Regions Bank account # 1302 to Costa Rica | $3,100 |
| 5 | 1/26/2012 | Wire transfer from Regions Bank account # 1302 to Costa Rica | $1,975 |

In violation of 18 U.S.C. § 1956(a)(1)(B)(i) and 18 U.S.C. § 2.

## FORFEITURE

1.  The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1).

2.  Upon conviction of the violations alleged in Counts One through Five of this Indictment, the defendant, **RICHARD ELLIS**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property, including a money judgement in the amount of the total proceeds of the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value;

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America, shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Karen L. Gable
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

RICHARD ELLIS

## INDICTMENT

Violations:

18 U.S.C. §§ 1956(h) and (a)(1)(B)(i)

A true bill,

_Cassela Jacobs_
Foreperson

Filed in open court this 22nd day of November 2016.

_[signature]_
Clerk

Bail $ _____